**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


IN RE:                                                        CHAPTER 13


STEVEN C. MARQUIS and
MELISSA D. MARQUIS,                         CASE NUMBER 8:09-bk-26706-MGW


_____/


**CHAPTER 13 TRUSTEE'S UNFAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court


        <u>Trustee's Recommendation to the Court</u>.   The Trustee cannot recommend
confirmation of the Chapter 13 Plan at this time for the following reason(s):

        The Trustee cannot favorably recommend confirmation of this Plan as the Plan
violates 11 U.S.C. §1325(a)(4) in that it does not pay unsecured creditors the value of
what they would receive in a case under Chapter 7.  The Debtors own non-exempt assets,
including, but not limited to, a 1967 Ford Galaxie 500 2dr Hardtop.  The Trustee is
uncertain as to whether the value listed on Debtors' schedules as to this asset is correct.
As a condition of confirmation, the Debtor will need to provide the Trustee with an
independent, third-party appraisal of the vehicle.  Depending on the amount of the
appraisal, the dividend to the general unsecured creditors may need to be increased.

The Plan violates 11 U.S.C. §1325(b)(1)(B) in that the Debtor is not devoting all of the net projected disposable income over the applicable commitment period to the unsecured creditors. The Debtors are counting as a deduction on line 47 of their form B22C the mortgage payment for a mortgage they are intending to strip off of their homestead. An amended form B22C with the correct deductions should be filed.

Dated this 19th day of January, 2010.

/S/ Terry E. Smith
Terry E. Smith
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, FL 33571-6099
Phone: (813) 658-1165
Fax:     (813) 658-1166

Copies:
Steven C. and Melissa D. Marquis
James Kompothecras, Esq.
TES*WCH/tf